UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brooke Noble,<br><br>    Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, N.A., and DOES 1-50, inclusive.,<br><br>    Defendant. | Case No. 1:14-CV-01963---GSA<br><br>**ORDER GRANTING WELLS FARGO BANK, N.A.'S APPLICATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>(Doc. 6) |

Pursuant to Local Rule 144(c), the Court, having read and considered Wells Fargo Bank, N.A.'s ("Wells Fargo's") *Ex Parte* Application To Extend Deadline To Respond To Complaint, finds that good cause exists for granting Wells Fargo an extension of time to respond to the Complaint. Accordingly, Wells Fargo shall respond to the Complaint on or before December 31, 2014.

IT IS SO ORDERED.

Dated: **December 16, 2014**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

948304.01/SF

ORDER