Lenore L. Albert, Esq.   SBN 210876
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite #1100
Huntington Beach, CA 92647
Telephone (714) 372-2264
Facsimile (419) 831-3376
Email: LenAlbert@Interactivecounsel.com
Attorney for Plaintiff, BROOKE NOBLE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE<br><br>        Plaintiffs,<br>vs.<br><br>WELLS FARGO BANK, N.A.;<br>ROBERT LANDUCCI; SCOTT<br>HARRIS; MARLENE HUBBELL; and<br>DOES 4 through 50, inclusive,<br><br>        Defendants. | CASE NO. 1:14-cv-01963-TLN-EPG<br><br><br>**ORDER** |

1  | The Court, having considered Plaintiffs ex parte application requesting relief from Local Rule 144, Local Rule 230 and Fed. Rule of Civ Proc 6, and good cause appearing therefor, it hereby Orders that Plaintiff has leave to file their opposition to the motion to strike (SLAPP) and motion to dismiss the first amended complaint.  Plaintiff shall filed her papers by December 30, 2015.  Defendant shall file its reply, if any, by January 7, 2016. The hearing on December 10, 2015 is hereby vacated and continued to January 14, 2016 at 2:00PM in Crtm 2 on the 15th floor of the United States District Court, Eastern District of California located at 501 I Street, Sacramento, CA.

IT IS SO ORDERED.

Dated:  December 1, 2015

_____
Troy L. Nunley
United States District Judge