UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brooke Noble,<br><br>            Plaintiff,<br><br>   vs.<br><br>Wells Fargo Bank, N.A., and DOES 1-50, inclusive.,<br><br>            Defendant. | Case No. 1:14-CV-01963-TLN-EPG<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE TROY L. NUNLEY<br><br>**ORDER GRANTING MOTION TO DROP SHAM DEFENDANTS FROM THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 21** |

Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion For An Order Dropping Sham Defendants Robert Landucci, Scott Harris, And Marlene Hubbell From This Action Pursuant To Federal Rule Of Civil Procedure 21 came on regularly for hearing before the Honorable Troy L. Nunley on March 24, 2016.

The Court, having read and considered the motion and all opposition and reply papers, finds that the Sham Defendants are not properly joined because:

1. Plaintiff failed to obtain the requisite leave of court to add new parties;
2. Plaintiff belatedly attempts to add the Sham Defendants for the sole purpose of destroying diversity jurisdiction; and

3. Plaintiff cannot possibly state a colorable claim against the Sham Defendants.

**IT IS HEREBY ORDERED:**

1. Wells Fargo's motion is GRANTED in all respects; and
2. Sham defendants Robert Landucci, Scott Harris, and Marlene Hubbell are hereby dropped from this action pursuant to Federal Rule of Civil Procedure 21.

Dated: February 8, 2016

Troy L. Nunley
United States District Judge