SCOTT M. HARRIS
351 St. Mary Street
Pleasanton, CA. 94566
Phone: 925-417-8700
Fax:  925-417-8708
E-Mail:  scott.harris@hrhlawoffices.com

Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brooke Noble,<br><br>          Plaintiff,<br><br>     vs.<br><br>Wells Fargo Bank, N.A., and DOES 1-50, inclusive.,<br><br>          Defendant. | Case No. 1:14-CV-01963-TLN-EPG<br><br>**STIPULATION AND ORDER TO GRANT DEFENDANT SCOTT HARRIS' REQUEST TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date:   No Hearing Scheduled<br>Time:   No Hearing Scheduled<br>Ctrm:   10, 6th Floor<br>             2500 Tulare Street<br>             Fresno, CA  93721<br>Judge:  Hon. Troy L. Nunley |

Plaintiff and Defendants SCOTT HARRIS ("HARRIS"), MARLENE HUBBELL ("HUBBELL") hereby stipulate as follows:

1) Plaintiff hereby agrees to extend Defendants, HARRIS and HUBBELL, requests to extend HARRIS's and HUBBELL's deadline to respond to the First Amended Complaint to March 14, 2016.

//

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO
RESPOND TO Plaintiffs First Amended COMPLAINT

2) HARRIS and HUBBELL agree that any responsive pleading filed, which requires the setting of a court date, said court date will not be set to a date which would require Plaintiff to file an opposition prior to May 15, 2016.

Dated: February 05, 2016         By: /s/
                                  Scott Harris
                                  Pro Per Defendant.


Dated: February 05, 2016         By: /s/
                                  Marlene Hubbell
                                  Pro Per Defendant.


Dated: February 05, 2016         By: /s/
                                  Lenore Albert
                                  Attorney for Plaintiff.


Dated: February 24, 2016

                                  Troy L. Nunley
                                  United States District Judge