1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BROOKE NOBLE,                          No. 1:14-cv-01963-DAD-EPG

12              Plaintiff,

13        v.                                ORDER RESETTING HEARINGS AND
                                            DIRECTING SUBMISSION OF
14   WELLS FARGO BANK, N.A. et al.,         ADDITIONAL BRIEFING

15              Defendant.

16

17        Pending before the court are several motions and requests relating to plaintiff Brooke

18   Noble's first amended complaint (Doc. No. 25).  In light of the common issues raised in these

19   motions, the court resets the hearings on these motions as follows:

20        • The following motions, previously set for April 19, 2016, are continued for hearing to

21          May 17, 2016, at 09:30 AM in Courtroom 5:

22             o Defendant Wells Fargo Bank, N.A.'s motion to strike, or in the alternative,

23               motion to dismiss (Doc. No. 27); and motion for an order dropping sham

24               defendants (Doc. No. 43); and

25             o Defendant Robert Landucci's motion to strike and alternative motion to

26               dismiss (Doc. No. 46); motion to strike or dismiss individual named

27               defendants (Doc. No. 47); and motion for attorney's fees under Rule 11 (Doc.

28               No. 53).

1

1   • The following motions, previously set for May 3, 2016, are continued to May 17,

2   2016, at 09:30 AM in Courtroom 5:

3   o Defendant Marlene Hubbell's motions to strike and alternative motions to

4   dismiss (Doc. Nos. 56, 58); and motion for order striking or dismissing

5   individually named sham defendant Hubbell (Doc. No. 57); and

6   o Plaintiff Noble's motion for leave to amend the first amended complaint (Doc.

7   No. 61).

8   • Defendant Scott Harris's motion to strike and alternative motion to dismiss (Doc. No.

9   55), previously set for June 7, 2016, is advanced to May 17, 2016, at 09:30 AM in

10   Courtroom 5.

11   The parties are directed to file any opposition or reply briefs (to the extent they have not

12   already been filed) in connection with these motions in accordance with Local Rule 230.  The

13   parties are also encouraged to appear for the May 17 hearing telephonically and may do so by

14   coordinating a conference call (either through an operator or on an internal phone system).  After

15   all parties appearing telephonically are on one line, please call Judge Drozd's chambers at (559)

16   499-5650 at the time of the hearing.  At least 48 hours prior to the hearing parties requesting to

17   appear telephonically must contact the courtroom deputy by email, at

18   RGaumnitz@caed.uscourts.gov, to advise who will be appearing by phone and provide a contact

19   number of the party who is initiating the conference call.

20   In addition, based on the papers filed in connection with these various motions thus far,

21   the court has determined that the issues raised require additional briefing with respect to

22   plaintiff's wrongful death and negligence infliction of emotional distress causes of action.  To the

23   extent these causes of action are based on purportedly negligent acts, the court seeks clarification

24   as to plaintiff's state law basis for alleging that each of the named defendants owed a duty of care

25   to plaintiff or the decedent.  In order to assist resolution of the pending motions, the court directs

26   the parties to file supplemental briefing with respect to this specific issue.

27   /////

28   /////

2

Accordingly, for the reasons set forth above:

1.  The motions currently pending before this court (Doc. Nos. 27, 43, 46, 47, 53, 55, 56, 57, 58, 61) are reset for hearing on May 17, 2016.

2.  Plaintiff is directed to file a supplemental brief clarifying her state law basis as to each named defendant's alleged duty of care, by May 3, 2016.  Plaintiff's brief may be no longer than five pages in length.

3.  Defendants are granted leave to collectively file, at their election, a single opposition brief in response to plaintiff's supplemental brief, by May 10, 2016.  Defendants' brief may be no longer than five pages in length.

IT IS SO ORDERED.

Dated:    **April 12, 2016**

_____
UNITED STATES DISTRICT JUDGE