UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE,<br><br>    Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>    Defendants. | Case No. 1:14-cv-01963-DAD-EPG<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 129) |

    The Court intends to address the merits of Plaintiff's motion for sanctions for limiting deposition and to compel a new Rule 30(b)(6) deposition (ECF No. 129) on February 27, 2017 at 10a.m.  The Court grants Wells Fargo's request for relief in its conditional statement of non-opposition (ECF No. 131) as follows:

1. Plaintiff's Motion for Sanctions (ECF No. 129) shall be heard February 27, 2017 at 10:00 a.m., in conjunction with the scheduled hearing on other pending discovery disputes in this matter.
2. Wells Fargo shall file its Opposition to Plaintiff's Motion for Sanctions (ECF No. 129) by February 24, 2017.

\\\
\\\
\\\

1

3. Plaintiff may file a reply on before February 26, 2017.

IT IS SO ORDERED.

Dated:  **February 24, 2017**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE