UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE,<br><br>         Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., *et al*.,<br><br>         Defendants. | Case No. 1:14-cv-01963-DAD-EPG<br><br>ORDER FOLLOWING MARCH 6, 0217 DISCOVERY DISPUTE HEARING<br><br>(ECF No. 140) |

On February 27, 2017, the Court granted, in part, and denied, in part, Plaintiff's motion to compel and for sanctions (ECF No. 129). (ECF No. 138.)  Specifically, the Court ordered an additional Rule 30(b)(6) deposition of Defendant Wells Fargo. (*Id*.)  Additionally, the Court set forth a procedure for agreeing on the scope of that deposition, with the Court having input into any disputes in advance of the deposition. (*Id*.)

On March 3, 2017, the parties, as directed, jointly filed a list of deposition topics with a statement as to whether or not the topic is accepted or disputed. (ECF No. 140.)  On March 6, 2017, the Court held a discovery dispute conference wherein the disputed topics were resolved on the record. (ECF No. 141.)  This order summarizes the rulings issued on the record.

**A.  Timing of Deposition**

The parties tentatively agree that the new Rule 30(b)(6) deposition shall be scheduled for March 22, 2017.  The parties are directed to submit a confirmation of this date, or an

1

alternate date, by March 10, 2017 to epgorders@caed.uscourts.gov

**B.  Place of Deposition**

The location issue was taken under advisement.  The parties may submit additional briefing by noon on March 7, 2017.

**C.  Specific Disputes as to Topics**

The parties shall refer to the transcript of the March 6, 2017 discovery dispute hearing for guidance concerning the discovery disputes on the topics of the new Rule 30(b)(6) deposition.

IT IS SO ORDERED.

Dated:  **March 7, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE