UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., *et al*.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01963-DAD-EPG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH SUBPOENA<br><br>(ECF No. 123) |

　　　　On January 6, 2017, a subpoena was issued to respondent Latif Ziyar, M.D., Inc., c/o Nari C, 7335 N. First St. #109, Fresno, CA 93720. (ECF No. 123-2.)   The subpoena commanded production of all documents referring or related to Brook Noble. (ECF No. 123-2, pp. 5-6.)

　　　　Defendant Wells Fargo has filed a motion to enforce the subpoena and/or for sanctions pursuant to Rule 45(g) of the Federal Rules of Civil Procedure. (ECF No. 123.)   The motion requests a court order holding the respondent in contempt for failing to obey the subpoena without adequate excuse. (*Id*.)

　　　　Accordingly, respondent Latif Ziyar, M.D., Inc. is hereby ordered to show cause by April 14, 2017, as to why sanctions should not issue for its failure to obey the subpoena issued January 6, 2017.

　　　　Respondent is hereby notified that failure to comply with this order to show cause will

1 | result in Defendant Wells Fargo's motion to enforce the subpoena (ECF No. 123) being granted
2 | and the requested monetary sanctions being awarded.
3 |      The Clerk is directed to send a copy of this order and the Defendant Wells Fargo's
4 | motion (ECF No. 123) to the following address by certified mail:
5 |     Latif Ziyar, M.D., Inc.
6 |     7335 N. First St. Suite 102
7 |     Fresno, CA 93720

IT IS SO ORDERED.

Dated: **March 27, 2017**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE