UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01963-DAD-EPG<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO MARCH 28, 2017 ORDER SHOW CAUSE<br><br>(ECF No. 153) |

　　　　On January 6, 2017, a subpoena was issued to respondent Latif Ziyar, M.D., Inc., c/o Nari C, 7335 N. First St. #109, Fresno, CA 93720. (ECF No. 123-2.) The subpoena commanded production of all documents referring or related to Brook Noble. (ECF No. 123-2, pp. 5-6.)

　　　　Defendant Wells Fargo has filed a motion to enforce the subpoena and/or for sanctions pursuant to Rule 45(g) of the Federal Rules of Civil Procedure. (ECF No. 123.) The motion requests a court order holding the respondent in contempt for failing to obey the subpoena without adequate excuse. (*Id.*)

　　　　On March 28, 2017, the Court ordered respondent "***respondent Latif Ziyar, M.D., Inc***." to show cause "as to why sanctions should not issue for its failure to obey the subpoena issued January 6, 2017." ECF No. 150 (emphasis added).

　　　　On April 14, 2017, Plaintiff filed what purports to be a response to the order to show

1

cause on behalf of herself. (ECF No. 153.) The "response" includes 92-pages of statements and exhibits that Plaintiff has already attached in other filings.

The Court did not order Plaintiff to file further briefing. The Court specifically ordered Dr. Ziyar to file a response to the order to show cause. ECF No. 150. Counsel for Plaintiff has never indicated that she also represents Dr. Ziyar in this matter.

Accordingly, the Court STRIKES Plaintiff's April 14, 2017 filing in its entirety.

IT IS SO ORDERED.

Dated: **April 19, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE