UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>　　　　Defendants. | Case No. 1:14-cv-01963-DAD-EPG<br><br>AMENDED ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH SUBPOENA<br><br>(ECF No. 123) |

　　　On January 6, 2017, a subpoena was issued to respondent Latif Ziyar, M.D., Inc., c/o Nari C, 7335 N. First St. #109, Fresno, CA 93720. (ECF No. 123-2.) The subpoena commanded production of all documents referring or related to Brook Noble. (ECF No. 123-2, pp. 5-6.)

　　　Defendant Wells Fargo has filed a motion to enforce the subpoena and/or for sanctions pursuant to Rule 45(g) of the Federal Rules of Civil Procedure. (ECF No. 123.) The motion requests a court order holding the respondent in contempt for failing to obey the subpoena without adequate excuse. (*Id*.)

　　　Accordingly, respondent Latif Ziyar, M.D., Inc. is hereby ordered to show cause by May 19, 2017, as to why sanctions should not issue for its failure to obey the subpoena issued

1

January 6, 2017.[1]

Respondent is hereby notified that failure to comply with this order to show cause will result in Defendant Wells Fargo's motion to enforce the subpoena (ECF No. 123) being granted and the requested monetary sanctions being awarded.

The Clerk is directed to send a copy of this order and the Defendant Wells Fargo's motion (ECF No. 123) to the following address by FedEx (<u>signature required</u>):

Latif Ziyar, M.D.

7335 N. First St. Suite 102

Fresno, CA 93720

IT IS SO ORDERED.

Dated: **May 2, 2017**　　　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] A previous version of this order was issued on March 28, 2017. (ECF No. 150.) However, it appears that the order was incorrectly mailed by regular U.S. mail. The Court issues this amended order for purpose of obtaining a return receipt to demonstrate proof of service.