# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE NOBLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>　　　　Defendants. | Case No. 14-cv-01963-DAD-EPG<br>Appellate Case No. 17-17294<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**<br><br>(ECF No. 186-2) |

On August 9, 2017, the Court entered judgment in this action. (ECF Nos. 174-175.) On October 10, 2017, the Court denied Plaintiff's motion for reconsideration. (ECF No. 184.) On November 7, 2017, Plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF No. 186.) The appeal was given the case number 17-17294. (ECF No. 188). On November 7, 2017, Plaintiff also filed an application to proceed *in forma pauperis* on appeal. (ECF No. 186-2.)

Pursuant to Rule 24(a)(1) of the Federal Rules of Appellate Procedure, "a party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B)

1

claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

Plaintiff has provided all of the required information and has made a detailed showing, as required by Rule 24, that she is unable to pay for her appeal. Therefore, Plaintiff's motion to proceed *in forma pauperis* on appeal shall be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff is authorized to proceed *in forma pauperis* on appeal; and
2. The Clerk is directed to serve a copy of this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **November 20, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE